UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Oct 03 2024
ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RONALD MOORE**  PLAINTIFF

v.  CIVIL ACTION NO. 2:23-cv-0201-KS-MTP

**KROGER LIMITED PARTNERSHIP I**  DEFENDANTS
**JOHN DOES 1-5**

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte,* following a settlement conference held on September 30, 2024, announcing that the parties have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS HEREBY ORDERED that all claims pending in this matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this   3rd   day of October 2024.

*Keith Starrett*
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE